IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

YVONNE DOCKERY                                                                      PLAINTIFF

v.                          Civil No. 4:07-cv-04055

CLIFTON ROOTERS;
ROBERT HECTOR;
WILLIE NASH; DEBRA
ROOTERS; GLORIA DEAN
JAMES; DONNIE DUDLEY;
MARTHA FRANKLIN;
TARZAN BANKS; and
BERNARD ARNOLD, SR.                                                                 DEFENDANTS

## ORDER

Yvonne Dockery submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The matter of service will be determined at a later time.

In order to determine if the plaintiff qualifies for IFP status, the court needs additional information. Accordingly, it is ordered that plaintiff, Yvonne Dockery, complete and sign the attached questionnaire, and return the same to the court **by June 22, 2007. Plaintiff is advised that should she fail to return the completed and executed questionnaire by June 22, 2007, her complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 7th day of June 2007.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

YVONNE DOCKERY                                                                                          PLAINTIFF

     v.                             Civil No. 4:07-cv-04055

CLIFTON ROOTERS;
ROBERT HECTOR;
WILLIE NASH; DEBRA
ROOTERS; GLORIA DEAN
JAMES; DONNIE DUDLEY;
MARTHA FRANKLIN;
TARZAN BANKS; and
BERNARD ARNOLD, SR.                                                                                  DEFENDANTS

### QUESTIONNAIRE

TO:  YVONNE DOCKERY

    This form is sent to you so that you may assist the court in making a determination of whether you qualify for *in forma pauperis* (IFP) status.  Accordingly, it is required that you fill out this form and send it back to the court **by June 22, 2007.**  Failure to do so will result in the dismissal of your complaint.

    The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

    1. In your IFP application you indicate you have take home wages of $1,734 per month and also receive $539 per month of Social Security.  Please list your approximate monthly expenses for items such as rent, utilities, food, etc.

    Answer:

_____

_____

_____

_____

2. You indicate you provide the full support for four individuals. However, you failed to indicate your relationship to each of these individuals. Please list the name of each of the four individuals, state the age of each, indicate your relationship to each (for example, mother, etc.), and indicate whether each lives with you, and whether they are dependent on you for support.

Answer:

_____

_____

_____

_____

_____

3. You were asked whether you had any cash or checking or savings accounts. You responded: "Yes." However, when asked to state the total amount of money you had you indicated zero. Please explain your answer. Be specific. For each type of account you have, state the approximate balance.

Answer:

_____

_____

_____

_____

_____

_____

      4.  You were asked if you owned any real estate, automobiles or things of value.  You responded:  "No."  Please state:  (a) whether you own or rent your home or apartment; and (b) whether your own, rent, or lease your automobile.

      Answer:

_____

_____

_____

_____

_____

_____

      5.  Do you have a spouse, significant other, or some other person who lives with you and helps pay your rent, utilities or other monthly expenses?

      Answer:  Yes _____ No _____.

      If you answered yes, please explain who lives with you and what portion of the monthly expenses they pay.

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL IFP APPLICATION.

_____
YVONNE DOCKERY

_____
DATE