IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

YVONNE DOCKERY                                                                    PLAINTIFF

VS.                                        CASE NO. 04:07-CV-4055

CLIFTON ROOTERS, ROBERT
HECTOR, WILLIE NASH, DEBRA
ROOTERS, GLORIA DEAN JAMES
DONNIE DUDLEY, MARTHA
FRANKLIN, TARZAN BANKS,
BERNARD ARNOLD, SR. and
the CITY OF GARLAND, ARKANSAS                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 19, 2007 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Judge Bryant recommends dismissal of Plaintiff Yvonne Dockery's Complaint for lack of jurisdiction. Dockery has filed timely objections. (Doc. 9). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

Plaintiff Yvonne Dockery, mayor of the City of Garland, Arkansas, brings this action against Defendants for defamation, violations of the open meeting provision of the Arkansas Freedom of Information Act, interference with governmental operations, and criminal conduct on the part of Defendants. This Court is wholly without jurisdiction to hear these claims. *See Underwood v. Pritchard*, 638 F.2d 60, 62 (8th Cir. 1981)(damage to reputation not cognizable under 42 U.S.C. § 1983); *Chesterfield Dev. Corp. v. City of Chesterfield*, 963 F.2d 1102, 1105 (8th Cir. 1992)(violations of state law are not cognizable under § 1983); *Diamond v. Charles*, 476 U.S. 54, 64-65, 106 S.Ct. 1697, 90 L.Ed.2d 48 (1986)(private citizens cannot institute criminal prosecution). In her objections, Dockery fails to address the jurisdiction of this Court, or her failure to plead claims

over which federal jurisdiction exists. Accordingly, the Court adopts the Report and Recommendation of Judge Bryant. Plaintiff Yvonne Dockery's Complaint should be and hereby is **DISMISSED** prior to service on Defendants.

    **IT IS SO ORDERED**, this 3rd day of October, 2007.

                                                   /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge